JOSEPH MASSARI, ET AL., PLAINTIFFS-RESPONDENTS, v. CHARLES S. EINSIEDLER, DEFENDANT-PETITIONER.

---

CHARLES S. EINSIEDLER, PLAINTIFF-PETITIONER, v. JOSEPH MASSARI, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 9 *N. J. Super.* 59.

*Mr. Joseph Weintraub* and *Messrs. McGlynn, Weintraub & Stein* for the petitioner.

*Mr. Arthur L. Abrams* for the respondents.

October 16, 1950.   Granted.